IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| BRANDON DAVID GRISSETT,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW DAVENPORT et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:13-cv-155 CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin Pead |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin Pead under 28 U.S.C. § 636(b)(1)(B). Plaintiff Brandon David Grissett asserts he was improperly arrested. On November 7, 2013, Judge Pead issued a memorandum decision that held Mr. Grissett's complaint failed to state a claim upon which relief may be granted. Judge Pead granted Mr. Grissett leave to file an amended complaint, which Mr. Grissett did not do. Accordingly, on December 2, 2013, Judge Pead issued a Report and Recommendation, recommending that this case be dismissed. No objection has been filed.

Having reviewed the record, the court hereby APPROVES and ADOPTS Judge Pead's Report and Recommendation in its entirety.[1]  This case is dismissed.

---

[1] Dkt. No. 8.

SO ORDERED this 8th day of January, 2014.

BY THE COURT:

_____
Clark Waddoups
United States District Judge